# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,, <br><br> Plaintiff, <br><br> v. <br><br> PAUL HONCE, <br><br> Defendants. | **Case No.** CR05-5019 <br><br> Minute Order |

THIS MATTER comes to the court's attention by way of correspondence from the defendant seeking assistance in admission into Work Release.  Mr. Honce accurately recites the history of his case before this court,  the nature of the proceedings leading to the disposition of his case, the positions taken by both counsel and the intent of the court.

It appears that his inability to be admitted to work release (as this court had anticipated he would be) is governed by proceedings in the King County District Court.  This court is without jurisdiction to intervene in those proceedings and is therefore unable to respond to defendant's request.

Entered at the direction of U.S. Magistrate Judge, J. Kelley Arnold by Deputy Clerk, */s/Kelly Miller*, this 3rd day of November, 2005.

ORDER
Page - 1